STATE OF NEW JERSEY v. JOSEPH ELTINK.

September 7, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. MALIK ABDUL–ALIM.

September 7, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. MILTON NEWSOME.

September 7, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES E. FIE.

September 7, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT STATEN.

September 7, 1988.

Petition for certification denied.